UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
                                                            :      23 Cr. 260 (LGS)
              -against-                                     :
                                                            :      SCHEDULING ORDER
JUAN DIAZ,                                                  :
                                        Defendant.          :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that Defendant Juan Diaz's sentencing hearing shall be held on **September 26, 2023**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. Defendant's pre-sentencing submission, if any, shall be filed on or before **September 5, 2023**. The Government's pre-sentencing submission, if any, shall be filed by **September 8, 2023.**

Dated: June 6, 2023
       New York, New York

                                                      **LORNA G. SCHOFIELD**
                                                   **UNITED STATES DISTRICT JUDGE**